IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BRADLEY TOLSON<br>Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC.;<br>JOHN DOES 1-10; and<br>CORPORATIONS or other entities<br>or political subdivisions XYZ,<br><br>Defendants. | CV-24-05-BU-JTJ<br><br><br>**ORDER** |

Defendant UPS has moved for an order allowing Jonathan M. Kelly, Esq. to appear *pro hac vice* in this case with Leonard Smith, Esq., designated as local counsel. (Doc 31.) The application of Mr. Kelly appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED**:

Defendant UPS's motion to allow Mr. Kelly to appear before this Court (Doc. 31) is GRANTED, subject to the following conditions:

1.  Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.  Mr. Kelly must each do his own work. He must do his own writing, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4.  The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

5.  Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6.  Admission is personal to Mr. Kelly, not the law firm he works for.

7.  Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Mr. Kelly shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 10th day of April 2025.

/s/ John Johnston
John Johnston
United States Magistrate Judge